```
LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com
```

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETE ROSE Jr., a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose,<br><br>      Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and, DOES 1 THROUGH 25,<br><br>      Defendants. | CASE NO:   CIV.S.05-2232 DFL/KJM<br><br>**VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANT CALIFORNIA DEPARTMENT OF JUSTICE  [FRCP Rule 41(a)]; [PROPOSED] ORDER** |

It is hereby stipulated by and between the parties hereto that defendant CALIFORNIA DEPARTMENT OF JUSTICE, and that defendant only, may be dismissed;  each party to bear their own costs.

Dated: December 7, 2005        Respectfully submitted,

LAW OFFICES OF MARK E. MERIN

/s/ - "Jeffrey I. Schwarzschild"
By:_____
JEFFREY I. SCHWARZSCHILD, Esq.
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | Dated: December 7, 2005     Respectfully submitted, |
| 2 | BILL LOCKYER, ATTORNEY GENERAL |
| 3 | STATE OF CALIFORNIA |

/s/ - "James C. Phillips"
By: _____
JAMES C. PHILLIPS, Deputy Attorney
Attorneys for Defendant
CALIFORNIA DEPARTMENT OF JUSTICE

### ORDER

IT IS HEREBY ORDERED that defendant CALIFORNIA DEPARTMENT OF JUSTICE is hereby dismissed from the within action; each party to bear their own costs.

Dated: 12/14/2005

_____
DAVID F. LEVI
United States District Judge