LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETE ROSE Jr., a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose,<br><br>     Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and, DOES 1 THROUGH 25,<br><br>     Defendants. | CASE NO:   CIV.S.05-2232 DFL/KJM<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, Ashley Rose, states as follows:

1. I am a minor of the age of 16 years.

2. I have filed an action in this Court against defendants CALIFORNIA DEPARTMENT OF JUSTICE, KATHLEEN CIULA, and DOES 1 THROUGH 25, for defendants', and each of their, involvement in the deprivation of my liberty interest in the continued companionship and society of my father as guaranteed by the Fourteenth Amendment.

\\\

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Peter Rose, my natural father, whose address is Post Office Box 224, Point Arena, CA 95468, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Peter Rose is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves this Court for an order appointing PETER ROSE as guardian ad litem of petitioner for the purpose of bringing this action against defendant CALIFORNIA DEPARTMENT OF JUSTICE, KATHLEEN CIULA, and DOES 1 THROUGH 25 on the claim hereinabove stated.

I, Ashley Rose, verify that I have read the petition and know the contents thereof, and state that the statements therein are true and correct of my own personal knowledge. This declaration was made this 11th day of December 2005, in Point Arena, California.

/s/ - "Ashley Rose"
_____
Ashley Rose

CONSENT OF NOMINEE

I, Peter Rose, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: December 11, 2005

/s/ - "Peter Rose"
_____
PETER ROSE

DATED: December 14, 2005          Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

/s/ - "Mark E. Merin"
BY:_____
Mark E. Merin
Attorney for Petitioner Ashley Rose

**ORDER**

The petition for an order appointing Peter Rose as guardian ad litem for petitioner Ashley Rose is GRANTED.

IT IS SO ORDERED.

DATED: 12/15/2005

_____
DAVID F. LEVI
United States District Judge

G:\DOCS\LEV\3. Signed Orders to be Processed\05cv2232.o.a. rose.1215.wpd