IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ROSE; ASHLEY ROSE, a minor, )
by and through her Guardian Ad )
Litem, her custodial parent, )          2:05-cv-2232-GEB-PAN
Peter Rose; BRITNEY ROSE, a minor, )
by and through her Guardian Ad )
Litem, her custodial parent, )          ORDER*
Peter Rose; and PETE ROSE, JR., a )
minor, by and through his Guardian )
Ad Litem, his custodial parent, )
Peter Rose, )
                                        )
                    Plaintiffs, )
                                        )
        v. )
                                        )
KATHLEEN CIULA, in her individual )
and official capacity; and DOES 1 )
through 25, )
                                        )
                    Defendants.** )
_____)

        On January 3, 2006, Defendant Kathleen Ciula moved to

dismiss Plaintiffs' second claim for relief with prejudice under

Federal Rule of Civil Procedure 12(b)(6).  (Mot. to Dismiss at 6.)

_____

        *      This motion was determined to be suitable for decision without
oral argument.  L.R. 78-230(h).

        **      The caption has been changed to reflect the Order dismissing
Defendant California Department of Justice filed December 12, 2005.

On January 12, 2006, Plaintiffs filed a Statement of Non-Opposition which stated "Plaintiffs do not oppose [D]efendant Ciula's Motion to Dismiss [P]laintiffs' second claim for relief."  (Statement of Non-Opp'n at 1.)  Therefore, the Motion to Dismiss is granted; the second claim for relief in Plaintiffs' Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  February 22, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge