IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETER ROSE JR., a minor by and through his Guardian Ad Litem, his custodial parent, Peter Rose,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and DOES 1 through 25,<br><br>　　　　　　Defendants.<br>_____<br>　　v.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and DOES 1 through 25,<br><br>　　　　　　Defendants.<br>_____<br>　　v.<br><br>CITY OF LODI CALIFORNIA; MATTHEW FOSTER; ERNEST A. NIES, JR.; and DOES 1 through 25,<br><br>　　　　　　Defendants.<br>_____ | 2:05-cv-2232-GEB-PAN(JFM)<br><br><br>ORDER |

　　　　　The Neutral conducting the Voluntary Dispute Resolution
Proceeding ("VDRP") in one of the above-captioned consolidated cases

1

1 | has asked whether consolidation affects the VDRP, and if not, whether
2 | the Neutral may contact parties not currently participating in the
3 | VDRP to determine if a global VDRP is feasible.
4 |     The consolidation does not affect the VDRP already underway,
5 | and the Neutral may contact other parties to ascertain if they desire
6 | to be included in the VDRP.  If parties desire to be included in the
7 | VDRP, the Neutral may expand the VDRP to include them.  The parties
8 | not currently participating in the VDRP are requested to make
9 | themselves available to the Neutral in order that she might assess the
10 | potential for an expanded VDRP, and are encouraged to contact the
11 | Neutral about participating in VDRP.  Contact information for the
12 | Neutral may be obtained from the VDRP Administrator, Linda Martinez,
13 | at (916) 930-4280.
14 |     IT IS SO ORDERED.
15 | Dated:  June 29, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge