1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, 219207
2  HAAPALA, ALTURA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:   510-763-2324
4  Fax:   510-273-8570

5  Attorneys For Defendants
   SAN JOAQUIN COUNTY and SAN JOAQUIN COUNTY
6  DEPUTY DISTRICT ATTORNEY KEVIN MAYO

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | PETER ROSE; ASHLEY ROSE, a minor, by ) | Case No. 2:05-cv-2232-GEB-EFB
   | and through her Guardian Ad Litem, her ) | **MASTER FILE**
11 | custodial parent, Peter Rose; BRITNEY )
   | ROSE, a minor a minor, by and through her ) | **STIPULATION AND PROTECTIVE**
12 | Guardian Ad Litem, her custodial parent, Peter ) | **ORDER REGARDING DOCUMENTS,**
   | Rose; and PETER ROSE JR., a minor, by and ) | **THINGS, AND INFORMATION TO BE**
13 | through his Guardian Ad Litem, his custodial ) | **PRODUCED BY THE PARTIES FOR**
   | parent, Peter Rose, ) | **INSPECTION, COPYING AND USE IN**
14 | ) | **THIS LITIGATION**
   |       Plaintiffs, )
15 | )
   |       vs. )
16 | )
   | CALIFORNIA DEPARTMENT OF )
17 | JUSTICE; KATHLEEN CIULA, in her )
   | individual capacity; and DOES 1 through 25, )
18 | )
   |       Defendants. )
19 |_____)
   |       vs.                              ) Case No. 2:05-cv-02208-GEB-PAN (closed)
20 | )
   | SAN JOAQUIN COUNTY; SAN JOAQUIN )
21 | COUNTY DEPUTY DISTRICT ATTORNEY )
   | KEVIN MAYO; and DOES 1 THROUGH 25 )
22 | )
   |       Defendants. )
23 |_____)
   |       vs.                              ) Case No. 2:05-cv-2229-GEB-EFB
24 | )
   | CITY OF LODI, CALIFORNIA; MATTHEW )
25 | FOSTER; ERNEST A. NIES, JR.; and )
   | DOES 1 through 25, )
26 | )
   |       Defendants. )
27 |_____)

28

---

*Rose v. State of California, et al./*Case #C05-cv-2232-GEB-EFB
Stipulation And Protective Order Regarding Documents, Things, And Information
To Be Produced By The Parties For Inspection, Copying And Use In This Litigation

Plaintiffs and Defendants in the above-captioned consolidated actions (hereafter "the Parties") will be producing certain materials and information in this action, either by request for production or through an initial disclosure in accordance with Federal Rules of Civil Procedure, Rule 26.  The Parties believe such documents, materials, and information is, in whole or in part, confidential, security sensitive and privileged and will only be produced for inspection or copying under this protective order.

The consolidated actions involve allegations by Plaintiff, Peter Rose, that he was wrongfully convicted of the violent, sexual assault of a 13-year-old girl in 1995.   The defendants in the case include the police agency and its officers who investigated the crime, the district attorney's office that prosecuted the crime, and the state criminologists involved in the prosecution.  The files of these entities contain documents setting forth identifying information on the victim, her family, witnesses and other third parties.  They also contain documents with sensitive information concerning the victim's sexual history and activities, details of the rape itself, details of the victim's state of mind after the crime, and other such information.   To protect against any unnecessary or gratuitous disclosure of such sensitive and confidential information, and to protect the privacy rights of any third parties,

IT IS HEREBY STIPULATED by the Parties, through their counsel, as follows:

1. All writings (as defined by Federal Rules of Evidence, Rule 1001), materials, and information produced and designated "confidential" by the Parties (hereinafter referred to as "such writings, materials, or information") shall be securely maintained and kept confidential in accordance with the terms of this stipulation and protective order.  Any document designated confidential shall be marked  "confidential."  The Parties and their counsel will act in good faith in designating the writings as "confidential." If any party, through their counsel, contend that any of the writings designated as "confidential" by an opposing party is <u>not</u> confidential, security sensitive or privileged, then that party and/or counsel must make a proper and timely objection to opposing counsel, meet and confer in an effort to resolve the disagreement, and if the disagreement is not resolved after meeting and conferring bring the issue before the Court for resolution.

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

1

2. Counsel for the parties may as appropriate in this action show any such "confidential" writings, photographs, materials, or any copies, prints, negatives, listings or summaries to parties to the action and to witnesses and experts or consultants employed by the parties and retained in connection with this specific action. The Parties and their counsel shall not give, show, or otherwise divulge any such writings, photographs, materials or information, or the contents or substance thereof, or any copies, prints, negatives, listings or summaries, to any person or other entity except their employees, experts or consultants employed and retained in connection with this specific action.

3. The employees, experts or consultants of the parties in this action to whom such writings, materials or information are intended to be presented, shall before such writings, materials or information are presented to them be given a copy of this stipulation and protective order and shall agree to be bound by its terms.

4. All writings submitted to or filed with the Court in connection with this action, which contain, set forth, summarize or otherwise refer to confidential documents, materials or information or their contents, shall be filed with the Court under seal in accordance with the procedures set forth in Eastern District Local Rules 39-140 and 39-141.

5. The parties through their counsel, experts and consultants may only use the writings covered by this order and information contained in them solely in connection with the above-captioned consolidated actions.

6. Upon completion of the trial and any appeals in this case, or upon conclusion of any settlement, counsel for the parties who have obtained any writings, materials or information under this order shall collect them from all recipients and return them and all copies, lists, prints, negatives or summaries to counsel for the Party that produced the confidential material.

7. Neither the Parties, their counsel, or any of the other persons or entities who have agreed to be bound by the terms of the stipulation and protective order shall hereafter unilaterally change, limit, vacate or otherwise modify or terminate the effect of this stipulation and protective order. Any modification to the protective order requires further stipulation of the Parties and court order, or by motion to the court for good cause.

2

*Rose v. State of California, et al./*Case #C05-cv-2232-GEB-EFB
Stipulation And Protective Order Regarding Documents, Things, And Information
To Be Produced By The Parties For Inspection, Copying And Use In This Litigation

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1  8. The improper disclosure of any confidential writings, materials, or information
2 obtained under this stipulation and protective order, or any other violation of this protective
3 order by any person or entity, shall render the offending person or entity subject to such sanction
4 as the Court deems appropriate.

Dated: September   , 2006   LAW OFFICE OF MARK E. MERIN

                            By:___/signature on original_____
                                  Mark E. Merin
                                  Attorneys For Plaintiffs

Dated: September   , 2006   ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

                            By:___/signature on original_____
                                  James C. Philips
                                  Attorneys For Defendant KATHLEEN CIULA

Dated: September   , 2006   ANGELO, KILDAY & KILDUFF

                            By:    /signature on original_____
                                  Bruce Alan Kilday
                                  Attorneys For Defendant CITY OF LODI

Dated: September   , 2006   SCOTT, NICHOLS & MATTEUCCI

                            By:__/signature on original_____
                                  William Stephen Scott
                                  Attorneys For Defendants MATTHEW FOSTER
                                  and ERNEST A. NILES, JR.

Dated: September   , 2006        HAAPALA, ALTURA,
                                 THOMPSON & ABERN, LLP

                            By:___/signature on original
                                  Rebecca S. Widen
                                  Attorneys For Defendants, SAN JOAQUIN
                                  COUNTY & SAN JOAQUIN COUNTY DEPUTY
                                  DISTRICT ATTORNEY KEVIN MAYO

//

//

//

3

*Rose v. State of California, et al./*Case #C05-cv-2232-GEB-EFB
Stipulation And Protective Order Regarding Documents, Things, And Information
To Be Produced By The Parties For Inspection, Copying And Use In This Litigation

**PROTECTIVE ORDER**

The Court having considered the proposed stipulation regarding writings and documents of the parties to this action, and there being good cause, IT IS SO ORDERED.

Dated: November 1, 2006

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

4

*Rose v. State of California, et al.*/Case #C05-cv-2232-GEB-EFB
Stipulation And Protective Order Regarding Documents, Things, And Information
To Be Produced By The Parties For Inspection, Copying And Use In This Litigation