IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETER ROSE JR., a minor by and through his Guardian Ad Litem, his custodial parent, Peter Rose,<br><br>            Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and DOES 1 through 25,<br><br>            Defendants.<br>_____<br>    v.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and DOES 1 through 25,<br><br>            Defendants.<br>_____<br>    v.<br><br>CITY OF LODI CALIFORNIA; MATTHEW FOSTER; ERNEST A. NIES, JR.; and DOES 1 through 25,<br><br>            Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:05-cv-2232-GEB-EFB<br><br><br>ORDER RE: SETTLEMENT |

        On December 19, 2006, the Neutral who conducted the Voluntary Dispute Resolution Proceeding in the above-captioned

1

1 consolidated cases emailed chambers "to report that [the parties] have
2 achieved a settlement in the three [consolidated] cases . . . ."  The
3 Neutral further explained there is "a signed agreement, so the
4 settlement is firm."
5         Since three of the Plaintiffs are minors, a motion for
6 approval of the proposed settlement shall be filed on their behalf
7 pursuant to Local Rule 17-202.  Further, in accordance with Local
8 Rule 16-160, the parties shall explain in that filing or earlier what
9 dispositional document will be filed concerning the settlement of
10 Peter Rose's claims.
11         IT IS SO ORDERED.
12 Dated:  December 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge