| | |
|---|---|
| LAW OFFICE OF MARK E. MERIN<br>Mark E. Merin, SBN 043849<br>2001 P Street, Suite 100<br>Sacramento, CA 95814<br>Telephone: 916/443-6911<br>Facsimile: 916/447-8336<br>E-Mail: mark@markmerin.com<br><br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETER ROSE, JR., a minor, by and through his Guardian Ad Litem, his custodial parent, Peter Rose,<br><br>        Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and DOES 1 through 25,<br><br>        Defendants.<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and DOES 1 through 25,<br><br>        Defendants.<br><br>vs.<br><br>CITY OF LODI CALIFORNIA; MATTHEW FOSTER; ERNEST A. NIES, JR.; and, DOES 1 THROUGH 25,<br><br>        Defendants. | Case No.: 2:05-CV-2232 GEB/EFB<br><br>**STIPULATED REQUEST FOR AN ORDER SHORTENING TIME TO HEAR APPLICATION FOR AN ORDER APPROVING COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS; [PROPOSED] ORDER**<br><br>**[LOCAL RULE 6-144(e)]**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>COMPLAINT FILED:    11/03/05<br>TRIAL DATE:              02/12/08 |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED TO, by and between the parties hereto, by and through their respective counsel, that the time to hear Plaintiffs' Application for An Order Approving Compromise of Claims of Minor Plaintiffs shall be shortened so as to allow the motion to be heard on or before January 12, 2007. Plaintiffs' Application is being filed and served by ECF concurrently with the filing of this Stipulation. All of the parties to this matter approve the Application and none opposes it.

The parties in the within actions, following three days of mediation, negotiated a global settlement of the three consolidated actions which includes structured settlements for which quotes were obtained from competing life insurance companies and guaranteed if they are funded on or before January 18, 2007. In order to meet that deadline, this settlement must be approved by the Court by January 12, 2007. If the matter proceeds by noticed motion, the Court will not be able to hear the application for approval of the minor's compromise until at least February 5, 2007, necessitating the parties to obtain new quotes on the proposed structured settlements.

The settlement was negotiated and the parties do not oppose either the Application for an Order Shortening Time or the underlying application for Order Approving Compromise of Minors' Claims.

The parties respectfully request the Court to specially set a hearing on Plaintiffs' Application for An Order Approving Compromise of Claims of Minor Plaintiffs on or before January 12, 2007, so that the settlement can be effected.

DATED: January 3, 2007            Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

BY: /s/ - "Mark E. Merin"
    Mark E. Merin
    Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: January 3, 2007 | Respectfully submitted, |
| 2 | | BILL LOCKYER |
| 3 | | Attorney General of the State of California<br>DARRYL L. DOKE |
| 4 | | Lead Supervising Deputy Attorney General |

"James C. Phillips"
By: _____
James C. Phillips, Deputy Attorney General
Attorneys for Defendant
KATHLEEN CIULA

DATED: January 3, 2007    Respectfully submitted,

D. STEPHEN SCHWABAUER
CITY ATTORNEY
CITY OF LODI

/s/ - "Janice D. Magdich"
BY: _____
Janice D. Magdich
Deputy City Attorney
Attorneys for Defendant CITY OF LODI

DATED: January 3, 2007    Respectfully submitted,

ANGELO, KILDAY & KILDUFF

/s/ - "Bruce A. Kilday"
BY: _____
Bruce A. Kilday
Attorneys for Defendant CITY OF LODI

DATED: January 3, 2007    Respectfully submitted,

SCOTT & NICHOLS

/s/ - "William S. Scott"
BY: _____
William S. Scott
Attorneys for Defendants MATTHEW
FOSTER and ERNEST A. NIES, JR.

1  DATED: January 3, 2007          Respectfully submitted,

                                   HAAPALA, ALTURA, THOMPSON & ABERN

                                          /s/ - "Rebecca S. Widen"
                                   BY:_____
                                       Rebecca S. Widen
                                       Attorneys for Defendant SAN JOAQUIN
                                       COUNTY, and SAN JOAQUIN COUNTY
                                       DEPUTY DISTRICT ATTORNEY
                                       KEVIN MAYO

### ORDER

IT IS HEREBY ORDERED that the time by which notice of Plaintiffs' Application for An Order Approving Compromise of Claims of Minor Plaintiffs is shortened so as to effectuate settlement. The hearing on Plaintiffs' Application is set for January 11, 2007, at 10:00 am, in Courtroom 10 of the United States District Court located at 501 I Street, Sacramento, California. As the parties stipulated, the Court will not allow any opposition to be filed.

Dated: January 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge