LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETER ROSE, JR., a minor, by and through his Guardian Ad Litem, his custodial parent, Peter Rose,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and DOES 1 through 25,<br><br>Defendants.<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and DOES 1 through 25,<br><br>Defendants.<br><br>vs.<br><br>CITY OF LODI CALIFORNIA; MATTHEW FOSTER; ERNEST A. NIES, JR.; and, DOES 1 THROUGH 25,<br><br>Defendants. | Case No.: 2:05-CV-2232 GEB/EFB<br><br>**ORDER APPROVING COMPROMISE OF CLAIMS OF MINORS**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>COMPLAINT FILED:   11/03/05<br>TRIAL DATE:   02/12/08 |

The application of Petitioner Peter J. Rose for an order approving compromise of claims of minors Brittney Rose and Peter J. Rose, Jr., came on for hearing in Courtroom 10 of the above-entitled Court, before the Honorable Garland E. Burrell, Jr., on January 11, 2007. Petitioner appeared by and through his counsel of record, Mark E. Merin; Defendants have submitted a stipulation agreeing to the settlement as described to the Court.

On consideration of all the evidence set forth and the papers submitted,

**IT IS HEREBY ORDERED** that the petition for order approving compromise of the minors' claims is granted.

**IT IS FURTHER ORDERED**

1. The compromise settlement with defendants in the amount of One Million Dollars ($1,000,000.00) is approved;

2. Petitioner is given authority to execute the necessary releases and documents to effect the settlement in accordance with the terms of the settlement as set forth herein;

3. Attorneys' fees, costs and expenses in the amount of Three Hundred Thirty-Three Thousand, Three Hundred Eleven Dollars and Twelve Cents ($333,311.12) are authorized to be paid to the Law Office of Mark E. Merin from the settlement proceeds; and

4. The amount of Seventy-Four Thousand, Seventy-Four Dollars and Seven Cents ($74,074.07) shall be delivered to American General Life Insurance Co. to effect the structured settlement for Brittney Rose described above; and Seventy-Four Thousand, Seventy-Four Dollars and Seven Cents ($74,074.07) shall be delivered to American General Life Insurance Co. to effect the structured settlement for Peter J. Rose, Jr. as described above.

DATED: 1-11-07

Honorable GARLAND E. BURRELL, JR.
Judge of the United States District Court
Eastern District of California