IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PETER ROSE; ASHLEY ROSE, a minor,   )
by and through her Guardian Ad      )
Litem, her custodial parent, Peter  )   2:05-cv-2232-GEB-EFB
Rose; BRITNEY ROSE, a minor, by     )
and through her Guardian Ad Litem,  )
her custodial parent, Peter Rose;   )
and PETER ROSE JR., a minor by and  )   ORDER
through his Guardian Ad Litem, his  )
custodial parent, Peter Rose,       )
                                    )
                Plaintiffs,         )
                                    )
     v.                             )
                                    )
CALIFORNIA DEPARTMENT OF JUSTICE;   )
KATHLEEN CIULA, in her individual   )
and official capacity; and DOES 1   )
through 25,                         )
                                    )
                Defendants.         )
_____)
                                    )
     v.                             )
                                    )
SAN JOAQUIN COUNTY; SAN JOAQUIN     )
COUNTY DEPUTY DISTRICT ATTORNEY     )
KEVIN MAYO; and DOES 1 through 25,  )
                                    )
                Defendants.         )
_____)
                                    )
     v.                             )
                                    )
CITY OF LODI CALIFORNIA; MATTHEW    )
FOSTER; ERNEST A. NIES, JR.; and    )
DOES 1 through 25,                  )
                                    )
                Defendants.         )
_____)
```

On December 29, 2006, the parties filed a Notice of
Settlement in which they state they have "reached a global settlement"

1

and request "the Court to vacate all dates currently on calendar for this matter . . . ." All dates currently scheduled in this action are vacated.

In accordance with Local Rule 16-160, the parties shall file a disposition document no later than January 31, 2007, dismissing this action, or alternatively a document in which it is explained how long the parties expect this action to continue pending.

IT IS SO ORDERED.

Dated: January 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2