IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PETER ROSE; ASHLEY ROSE, a minor,     )
by and through her Guardian Ad        )
Litem, her custodial parent, Peter    )   2:05-cv-2232-GEB-EFB
Rose; BRITNEY ROSE, a minor, by       )
and through her Guardian Ad Litem,    )
her custodial parent, Peter Rose;     )
and PETER ROSE JR., a minor by and    )   ORDER
through his Guardian Ad Litem, his    )
custodial parent, Peter Rose,         )
                                      )
              Plaintiffs,             )
                                      )
     v.                               )
                                      )
CALIFORNIA DEPARTMENT OF JUSTICE;     )
KATHLEEN CIULA, in her individual     )
and official capacity; and DOES 1     )
through 25,                           )
                                      )
              Defendants.             )
_____)
                                      )
     v.                               )
                                      )
SAN JOAQUIN COUNTY; SAN JOAQUIN       )
COUNTY DEPUTY DISTRICT ATTORNEY       )
KEVIN MAYO; and DOES 1 through 25,    )
                                      )
              Defendants.             )
_____)
                                      )
     v.                               )
                                      )
CITY OF LODI CALIFORNIA; MATTHEW      )
FOSTER; ERNEST A. NIES, JR.; and      )
DOES 1 through 25,                    )
                                      )
              Defendants.             )
_____)
```

On January 18, 2007, an Order issued requiring the parties to "file a disposition document no later than January 31, 2007,

1

dismissing this action, or alternatively a document in which [they] explain[] how long [they] expect this action to continue pending." (Jan. 18, 2007 Order, at 2.)  On January 29, 2007, Plaintiffs' counsel filed a letter in which the status of the action is explained and "an extension through and including February 28, 2007, to file a disposition document dismissing this action" is requested.  (Jan. 29, 2007 Letter from Mark E. Merin.)  This request for extension of time to file a dispositional document is granted.

IT IS SO ORDERED.

Dated:  February 2, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge