LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PETER ROSE, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and, DOES 1 THROUGH 25,<br><br>     Defendants. | CASE NO:  CIV.S.05-2232 GEB/EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [Fed. R. Civ. Proc. 41(a)(1)]** |
| PETER ROSE, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY OF LODI, CALIFORNIA, et al.,<br><br>     Defendants. | CASE NO:  CIV.S.05-2229 GEB/EFB |
| PETER ROSE, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and, DOES 1 THROUGH 25,<br><br>     Defendants. | CASE NO:  CIV.S.05-2208 GEB/PAN |

1   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs PETER

2   ROSE, ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent,

3   Peter Rose, BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent,

4   Peter Rose, and PETE ROSE Jr., a minor, by and through his Guardian Ad Litem, his custodial

5   parent, Peter Rose, and Defendants KATHLEEN CIULA, CITY OF LODI, CALIFORNIA,

6   MATTHEW FOSTER, ERNEST A. NIES, JR., SAN JOAQUIN COUNTY, and SAN JOAQUIN

7   COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO, by and through their undersigned

8   counsel, that any and all claims against Defendants be dismissed with prejudice pursuant to

9   Rule 41(a)(1) of the Federal Rules of Civil Procedure.

10  DATED: February 28, 2007          Respectfully submitted,

11                                    LAW OFFICE OF MARK E. MERIN

12

13                                    /s/ - "Mark E. Merin"
                                    BY:_____
14                                    Mark E. Merin
                                    Attorneys for Plaintiffs

15  DATED: February 28, 2007          Respectfully submitted,

16                                    BILL LOCKYER, ATTORNEY GENERAL
                                    STATE OF CALIFORNIA
17

18                                    /s/ - "James C. Phillips"
                                    By:_____
19                                    James C. Phillips, Deputy Attorney
                                    Attorneys for Defendant
20                                    KATHLEEN CIULA

21  DATED: February 28, 2007          Respectfully submitted,

22                                    D. STEPHEN SCHWABAUER
                                    CITY ATTORNEY
23                                    CITY OF LODI

24                                    /s/ - "Janice D. Magdich"
                                    BY:_____
25                                    Janice D. Magdich
                                    Deputy City Attorney
26                                    Attorneys for Defendant, CITY OF LODI

27

28

1    DATED: February 28, 2007              Respectfully submitted,

2                                          ANGELO, KILDAY & KILDUFF

3
                                                   /s/ - "Bruce A. Kilday"
4                                          BY:_____
                                                   Bruce A. Kilday
5                                                  Attorneys for Defendant, CITY OF LODI

6    DATED: February 28, 2007              Respectfully submitted,

7                                          SCOTT & NICHOLS

8
                                                   /s/ - "William S. Scott"
9                                          BY:_____
                                                   William S. Scott
10                                                 Attorneys for Defendants, MATTHEW
                                                   FOSTER and ERNEST A. NIES, JR.
11

12   Dated:  February 28, 2007             Respectfully submitted,

13                                         HAAPALA, ALTURA, THOMPSON & ABERN, LLP

14
                                                   /s/ - "Rebecca S. Widen"
15                                         By:_____
                                                   Rebecca S. Widen
16                                                 Attorneys for Defendants
                                                   SAN JOAQUIN COUNTY and
17                                                 SAN JOAQUIN COUNTY DEPUTY
                                                   DISTRICT ATTORNEY KEVIN MAYO
18

19                                              **ORDER**

20   **IT IS SO ORDERED.**

21   Dated:  February 28, 2007

22

23                                         _____
                                           GARLAND E. BURRELL, JR.
24                                         United States District Judge

25

26

27

28